UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE CAMPBELL,<br><br>        Petitioner,<br><br>  -against-<br><br>WARDEN FCI SCHUYLKILL,<br><br>        Respondent. | 22-CV-7744 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  Petitioner filed this *pro se* petition for a writ of *habeas corpus* without payment of the filing fees or submission of an application for leave to proceed *in forma pauperis*. On September 15, 2022, this action was transferred to the United States District Court for the Middle District of Pennsylvania. After the case was transferred, Petitioner submitted to the court a check for the $5.00 filing fee. Because the case is closed in this court, the Court directs the Clerk of Court to return the check to Petitioner.[1]

  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: January 13, 2023
    New York, New York

                /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
              Chief United States District Judge

---

[1] If Petitioner has any questions relating to payment of the filing fee for his *habeas corpus* action, he must contact the Middle District of Pennsylvania.